**NSTRUCTIONS TO THE CLERK OF THE COURT**

**TO:** Clerk of the Court, U.S. District Court, Western District of Texas

**FROM:** Dalila AGiza, Plaintiff *Sui Juris*

**DATE:** May 4, 2026

**RE:** Filing of Verified Complaint and Application to Proceed *In Forma Pauperis*

**Dear Clerk,**

Please find enclosed for filing the following documents:

1. **AO 240 Application to Proceed in District Court Without Prepaying Fees or Costs** (Original + 2 copies).

2. **Verified Complaint for Declaratory, Injunctive, and Monetary Relief** (Original + 1 copiy).

3. **Exhibit B: USPS Tracking History** (Documenting prior delivery obstruction).

4. **Civil Cover Sheet (JS 44).**

**Special Processing Requests:**

- **ADA Accommodation Request (Electronic Service):** Plaintiff is a qualified individual with a disability. Due to documented failures in postal delivery (See Exhibit B, Tracking No. 9410836207705274561777), Plaintiff requests that **all correspondence and orders** be sent via email to the address provided on this page.

- **Case Number Assignment:** Please provide the assigned Case Number and presiding Judge's name via email or at the address on file as soon as the IFP application is processed.

- **Service of Process:** Plaintiff intends to request service by the U.S. Marshals once the *In Forma Pauperis* application is granted, as provided by Fed. R. Civ. P. 4(c)(3).

Thank you for your assistance in ensuring these constitutional and jurisdictional challenges are properly docketed.

Respectfully,

Dalila AGiza
PO Box 1394
Castroville, Texas 78009
agizaestateinfo@gmail.com