No. _____

Exhibit B: USPS Tracking History
(No. 9410836207705274561777)
showing "Return to Sender" status.

| USPS Priority (1-3 Days) | 1 | |
|---|---|---|
| Large Envelope/Flat | 0.625 lb | 9410836207705274561777 |
| | $12.24 | — |

Delivered, To Original Sender

CASTROVILLE, TX 78009

February 13, 2026, 7:57 am

Out for Delivery

CASTROVILLE, TX 78009

February 13, 2026, 7:16 am

Arrived at Post Office

CASTROVILLE, TX 78009

February 13, 2026, 7:05 am

Departed USPS Regional Facility

SAN ANTONIO TX DISTRIBUTION CENTER

February 13, 2026, 3:41 am

Arrived at USPS Regional Facility

SAN ANTONIO TX DISTRIBUTION CENTER

February 12, 2026, 11:24 pm

Arrived at USPS Regional Facility

SAN ANTONIO TX DISTRIBUTION CENTER

Page 1 of 3

No. _____

February 12, 2026, 10:13 am

Arrived at USPS Regional Facility

SAN ANTONIO TX DISTRIBUTION CENTER

February 12, 2026, 12:20 am

Return to Sender Processed

SAN ANTONIO, TX 78204

February 11, 2026, 10:06 am

Forward Expired

SAN ANTONIO, TX 78205

February 11, 2026, 7:44 am

Arrived at Post Office

SAN ANTONIO, TX 78204

February 11, 2026, 4:57 am

Arrived at USPS Facility

SAN ANTONIO, TX 78204

February 11, 2026, 4:18 am

Arrived at USPS Regional Facility

SAN ANTONIO TX DISTRIBUTION CENTER

February 11, 2026, 1:10 am

Arrived at USPS Regional Facility

SAN ANTONIO TX DISTRIBUTION CENTER

February 10, 2026, 11:41 pm

Arrived at USPS Regional Facility

No. _____

SAN ANTONIO TX DISTRIBUTION CENTER

February 10, 2026, 10:02 pm

Departed Post Office

SAN ANTONIO, TX 78245

February 10, 2026, 6:34 pm

USPS picked up item

SAN ANTONIO, TX 78245

February 10, 2026, 12:38 pm

Shipping Label Created, USPS Awaiting Item

SAN ANTONIO, TX 78251

February 10, 2026, 5:30 am

Pre-Shipment, USPS Awaiting Item

February 10, 2026