

USPS PRIORITY MAIL

US POSTAGE PAID IMI
2026-05-04
78251
C4130387
Commercial
1.0 LB ZONE 1 FLAT
0901000023426

easypost

DALILA AGIZA
SUI JURIS
PO BOX 1394
CASTROVILLE TX 78009

0003

SHIP TO: CLERK OF COURT FILINGS
US DIST WESTERN DISTRICT OF TEXAS
262 W NUEVA
STE 1400
SAN ANTONIO TX 78207-4531

Shipped via XPSship.com

USPS SIGNATURE TRACKING #

9410 8362 0770 5274 6609 68

NEW FILING
NO CHECK

RECEIVED
MAY 0 6 2026
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK